UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CIVIL ACTION NO. 14-94-DLB-CJS**

**TERRY COLLINS, et al.**                                                                                          **PLAINTIFFS**

vs.                                                              <u>ORDER</u>

**ASSET ACCEPTANCE, LLC, et al.**                                                             **DEFENDANTS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court on Plaintiffs' Notice of Dismissal (Doc. # 9), in which Plaintiffs advise that all claims asserted against Defendant Portfolio Recovery Associates, LLC should be dismissed without prejudice, with each party to bear its own costs and attorney's fees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Plaintiffs indicate that their Notice of Dismissal is not intended to affect claims asserted against any other party to this action. However, there is no proof in the record that service was properly effectuated upon any of the other defendants, even though the clerk issued summons to Plaintiffs' counsel on May 3, 2014. The Court having reviewed the Notice, considering the record as a whole, and being otherwise sufficiently advised,

**IT IS ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs' claims against Defendant Portfolio Recovery Associates, LLC be, and are hereby **dismissed without prejudice**, with each party to bear their own costs and attorney's fees.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 4(m), Plaintiffs shall effectuate service of summons and complaint on the remaining Defendants,

1

or show good cause as to why service has not been effectuated **within twenty-one (21) days of the date of entry of this Order**. If service is not properly effectuated within that time frame, or if Plaintiffs fail to specify good cause for such failure, Plaintiffs are on notice that pursuant to Rule 4(m), the Court will dismiss the Complaint against the remaining defendants without prejudice.

This 25th day of September, 2014.



Signed By:
<u>David L. Bunning</u>  DB
United States District Judge

G:\DATA\ORDERS\Cov14\14-94 Order dismissing claims against D PRA.wpd