# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Covington Division**

| | |
|---|---|
| Terry Collins, *et al.*  )  <br>  *Plaintiffs*  )  <br>  )  <br> v.  )  <br>  )  <br> Asset Acceptance, LLC *et al.*  )  <br>  *Defendants*  )  <br>  ) | Case No.   2:14-cv-00094-DLB-CJS |

**NOTICE OF SETTLEMENT**

Plaintiff hereby gives notice that Plaintiff and Defendants Asset Acceptance, LLC and Midland Funding, LLC have reached a settlement agreement. Once settlement is finalized, the parties will file a Stipulated Order of Dismissal for the Court's consideration.

Respectfully Submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue
Unit #4
Louisville, KY 40207
james@kyclc.com
Tel:   (502) 473-6525
Fax:   (502) 473-6561

Case: 2:14-cv-00094-DLB-CJS   Doc #: 11   Filed: 10/22/14   Page: 2 of 2 - Page ID#: 70

-2-

## CERTIFICATE OF SERVICE

       I hereby certify that on the 22nd day of October, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                   /s/ James H. Lawson
                                   James H. Lawson
                                   *Counsel for Plaintiff*