UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CIVIL ACTION NO. 14-94-DLB-CJS**

**TERRY COLLINS, et al.**                                                              **PLAINTIFFS**

**vs.**                                                 **ORDER**

**ASSET ACCEPTANCE, LLC, et al.**                                           **DEFENDANTS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In this Fair Debt Collection Act case, Plaintiff filed his Complaint on May 3, 2014 (Doc. # 1). That same day, the clerk issued Summons to Defendants Asset Acceptance, LLC, Capital Alliance Financial, LLC, Midland Credit Management, Inc., Midland Funding, LLC and Portfolio Recovery Associates, Inc. (Doc. # 3). On September 25, 2014, the Court entered an Order warning the Plaintiffs under Rule 4(m) that they needed to effectuate service on the remaining Defendants by October 16, 2014 or show cause for their failure to do so. (Doc. # 10) That deadline having long expired with no action taken by Plaintiffs in response to the show cause Order, and the Court being otherwise sufficiently advised,

**IT IS FURTHER ORDERED** that Plaintiffs' claims against Defendants Capital Alliance and Midland Credit Management are **dismissed without prejudice**.

This 9th day of January, 2015.



Signed By:
*David L. Bunning*
United States District Judge

G:\DATA\ORDERS\Cov14\14-94 Order dismissing Ds Capital Alliance and Midland Credit Management.wpd